## Court of Appeals, State of Michigan

## ORDER

People of Michigan v Michael Daniel Jeffries

Docket No.  328120

LC No.  14-006242-FC

Cynthia Diane Stephens
Presiding Judge

Henry William Saad

Patrick M. Meter
Judges

The Court orders that the October 10, 2016 opinion is hereby AMENDED to correct a clerical error. The opinion is corrected to read November 10, 2016 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 16 2016
Date

Chief Clerk